JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Adam Solow, Esq. | Loretta Lynch, et. al. |

| **(b)** County of Residence of First Listed Plaintiff    Philadelphia | County of Residence of First Listed Defendant    Washington, DC |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Solow, Isbell & Palladino, LLC 1601 Walnut St. Ste 1523
Philadelphia, PA 19102;  215-564-1990

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
        Plaintiff

☐ 3  Federal Question
        *(U.S. Government Not a Party)*

☒ 2  U.S. Government
        Defendant

☐ 4  Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                         *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☑ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans | ☐ 345 Marine Product Liability | Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| (Excludes Veterans) | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Matters |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1  Original
        Proceeding

☐ 2  Removed from
        State Court

☐ 3  Remanded from
        Appellate Court

☐ 4  Reinstated or
        Reopened

☐ 5  Transferred from
        Another District
        *(specify)*

☐ 6  Multidistrict
        Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
28 USC 1331 + 1361

Brief description of cause:
Writ of Mandamus/declaratory judgment

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
        UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions:)*

JUDGE _____

DOCKET NUMBER _____

DATE  9/3/15

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 1601 Walnut St, Ste 1523 Philadelphia PA 19102

Address of Defendant: 950 Pennsylvania Ave, NW, Washington, DC 20530

Place of Accident, Incident or Transaction: Philadelphia, PA

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))     Yes☐ No☑

Does this case involve multidistrict litigation possibilities?     Yes☐ No☑

*RELATED CASE, IF ANY:*

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐ No☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐ No☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐ No☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐ No☑

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☑ All other Federal Question Cases
    (Please specify)   Mandamus

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

## ARBITRATION CERTIFICATION

*(Check Appropriate Category)*

I, Adam Solow , counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: 9/3/15 _____ PA 204466

Attorney-at-Law     Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 9/3/15 _____ PA 204466

Attorney-at-Law     Attorney I.D.#

CIV. 609 (5/2012)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

Solow                                :        CIVIL ACTION

v.                                   :

Lynch, et. al.                       :        NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                          ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                                  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                                                                     ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.         (✓)

9/2/15              _____        Adam Solow
**Date**            **Attorney-at-law**     **Attorney for**

215-564-1990        215-564-1998            adam@sjpimmigration.com
**Telephone**       **FAX Number**          **E-Mail Address**

(Civ. 660) 10/02

Adam Solow, Attorney for Plaintiff
Solow, Isbell & Palladino, LLC
1601 Walnut Street, Ste. 1523
Philadelphia, PA 19102
(t) 215-564-1990 (f) 215-564-1998/ adam@sipimmigration.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Adam M. Solow | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No:_____ |
| | ) | |
| v. | ) | |
| | ) | **Complaint for Declaratory** |
| | ) | **and Injunctive Relief** |
| | ) | **under Writ of Mandamus** |
| Loretta LYNCH, Attorney General of the, | ) | |
| United States; Thomas BRANDON, Acting | ) | |
| Director of the Bureau of Alcohol Tobacco | ) | |
| And Firearms; Jeh JOHNSON, Secretary of | ) | |
| The Department of Homeland Security; | ) | |
| R. Gill KERLIKOWSKIE Commissioner of | ) | |
| United States Customs and Border | ) | |
| Protection; William MAJORS, ATF Chief, | ) | |
| Firearms and Explosives Branch, Susan | ) | |
| STRANIERI, Port Director, Philadelphia, | ) | |
| Essam RABADI, Special Agent in Charge, | ) | |
| ATF Philadelphia Field Office. | ) | |
| | ) | |
| *Defendants.* | ) | |

## COMPLAINT FOR WRIT OF MANDAMUS

1

To the Honorable Judge of Said Court:

**INTRODUCTION:**

      This action is brought by the Plaintiff to compel the Defendants to release a work of art that has been unlawfully seized by the Defendants and improperly classified as a "firearm" by the Defendants. The Plaintiff seeks this Court's declaration that the object in question is not a "firearm," that it is in fact a work of art, and that it must immediately be released by the Defendants into the Plaintiff's possession. The work of art has been unlawfully impounded by the Defendants since it arrived in the United States on or around April 17, 2015. After repeated attempts by the Plaintiff to demonstrate that the object is a work of art, as opposed to a destructive device or firearm not subject to the Defendants' jurisdiction or regulation, and not a firearm, they have ceased to yield in their assertion that the object is a dangerous object or firearm and that it can only be imported if effectively destroyed or if the Plaintiff, and even then only after obtains an arms importation license for each of its constituent parts. The Plaintiff seeks redress from this Court because of the impasse between himself and the Defendants and prays that this Court will order Defendants to immediately release the work of art, and award damages to the Plaintiff equal to the costs

2

associated with the work of art's impoundment for the last four and a half months.

**PARTIES**:

1. The lead Plaintiff, Adam Solow, is an art collector who resides in Philadelphia, PA. On or around April 17, 2015 a sculpture he purchased from world-renowned artist Goncalo Mabundo named *War Throne* (hereinafter "the work of art") arrived in the United States. *See* Ex. B. He purchased the work of art for $8,200. *Id.* Since its arrival in the United States, the work of art has been quarantined by the Defendants in various warehouses. *See* Ex. B.

2. The Defendant, Loretta Lynch, is the Attorney General of the United States, the head officer in the Department of Justice, an executive agency of the United States government. She represents the United States in legal matters and gives advice and opinions to the President and to the heads of the executive departments of the Government.

3. The Defendant, Jeh Johnson, is the Secretary of the U.S. Department of Homeland Security, an executive agency of the United States government. He is charged by law with the enforcement of US customs laws and regulations such as those relating to the importation of goods, such as the work of art, into to the United States. He is

likewise charged with ensuring that local level customs officials properly interpret and enforce customs laws and regulations.

4. The Defendant, Thomas Brandon, is the acting Director of the Bureau of Alcohol, Tobacco, and Firearms, (ATF), a sub-agency within the U.S. Department of Justice, an executive agency of the United States government. ATF is charged by law with administering federal laws and regulations related to the use, possession, sales, and definition of alcohol, tobacco, and firearms related materials in the United States.

5. The Defendant, R. Gill Kerlikowskie, is the Commissioner of United States Customs and Border Protection, a sub-agency of the United States Department of Homeland Security. In his position he is charged with enforcing and administering customs laws and regulations, as well the operation of ports of entry into the United States, such as the airport, where the work of art entered the United States.

6. The Defendant, William Majors, is an ATF official charged with administering and enforcing ATF statutes and regulations such as the determination as to whether objects are firearms and/or destructive devices subject to ATF control and limitation;

7. The Defendant, Susan Stranieri, is the Port Director of the Philadelphia Port of Entry operated by United States Customs and

4

Border Protection and the Department of Homeland Security. She is
charged with the administration and enforcement of customs laws and
regulations within the Philadelphia area. She is also responsible for
ensuring that CBP officials working at ports of entry in the
Philadelphia area properly enforce and administer customs laws and
regulations related to goods entering the United States through ports
of entry in the Philadelphia region, such as the work of art.

8. The Defendant Essam Rabadi, is the ATF Special Agent in charge for
the ATF field office. He is responsible for the day-to-day
enforcement and administration ATF laws and regulations as well as
the supervision of ATF agents in the field within the Philadelphia
ATF district.

## JURISDICITION:

9. This is a civil action brought pursuant to 28 U.S.C. §§ 1331 and 1361
to redress the deprivation of rights, privileges, and immunities secured
by Adam Solow, by which jurisdiction is conferred to compel the
Defendants and those working under them to defend their
classification of the work of art as a firearm and/or destructive device
subject to ATF regulation as well as their subsequent seizure and

sequestration of the work of art preventing the Plaintiff from possessing, displaying, and enjoying it.

10. Jurisdiction is also conferred by 5 U.S.C. § 704 because the Plaintiff is aggrieved by adverse executive agency action, as the Administrative Procedure Act requires in order to confer jurisdiction on the District Courts. See 5 U.S.C. §§ 702, *et. seq.*

11. The aid of the Court is further invoked under 28 U.S.C. §§ 2201 and 2202, which authorize declaratory judgments, such as the relief that the Plaintiff is seeking: namely that the work of art is not a firearm and/or destructive device, that it is therefore not subject to ATF or CBP restrictions, and that the Defendants wrongfully seized and impounded it upon its entry into the United States.

**VENUE**

12. Venue is proper in Philadelphia, Pennsylvania and the United States District Court for the Eastern District of Pennsylvania, in that this is an action against officers and agencies of the United States in their official capacities and where a substantial part of the events or omissions giving rise to the Plaintiff's claim occurred. See 28 U.S.C § 1391(e)(2).

## LEGAL PRECEDENT, CHALLENGED PRACTICES, AND CAUSE OF ACTION

9.   In seizing the Plaintiffs property and work of art, the Defendants have indicated a belief that the work of art is a "firearm" or "destructive device" subject to possession and importation restrictions administered and overseen by the Defendants. *See, e.g.,* Ex C. (containing correspondence from defendants to Plaintiff related to the work of art).

10. The Defendants are tasked with enforcing US customs law and in regulating the importation of "firearms" and other "destructive devices." *See, e.g.,* 18 USC sect. 921(a)(3)(defining "firearm" and "destructive device"). A vital first step in determining whether the Defendants have the ability to restrict the importation of an item into the United States is the determination of whether an object is a "firearm" or a "destructive device," as defined by law. *See, e.g., Butt v. Gonzales,* 429 F.3d 430, 438 (3d Cir. 2005)(stating "In the law, as in all things, common sense must be [the] guide.").

11.   Within the definition of "firearm" and "destructive device" are several crucial caveats related to articles that are not subject to Defendants' ability to restrict, although at first blush they may appear to objects within the Defendants' ability to restrict. *Id.* For example,

7

in order to be a "firearm," an object must be able to be "readily convertible" to fire a projectile. *Id.* Furthermore, the definition of "firearm" states that objects that "are not likely to be used as a weapon" are not within the statutory definition of "firearm" or "destructive device." And the same is true for objects that are going to be used "solely...for cultural purposes." *Id.*

12. The Plaintiff alleges that the Defendants erroneously, or at least incompletely, considered and applied their own statutory definitions of articles falling under the definition of "firearm" or "destructive device" as set forth at 18 USC § 921(a)(3). This is because we assert that a reasonable fact finder would determine that the work of art is not a "firearm" or "destructive device," because a proper inspection and assessment of the work of art would convince a reasonable mind that it is an object not likely to be used as a weapon, an object that will only be used for cultural purposes, and that it as a whole or its parts is not readily convertible into a weapon or weapons. *See, e.g.,* Ex A, *see also generally* Ex D (containing photographs and descriptions of the work of art as well as media coverage of works of art by Goncalo Mabundo in general).

13. The Plaintiff also alleges that the Defendants are treating his work of art and his attempt to add to his own collection of contemporary African Art unfairly in light of the fact that other works of art by Goncalo Mabundo, also constructed entirely of decommissioned weapons, have been displayed at museums and cultural institutions in the United States *and* sold in the United States at art galleries to private collectors. *See generally* Ex D (concerning past examples of display and sales of Goncalo Mabundo's works – all made of decommissioned weapons – in the United States, including the fact that one of his thrones is currently on display at the Brooklyn Museum). Inasmuch as the Plaintiff is being treated differently than other individuals and institutions in the United States who have purchased and displayed Mr. Mabundo's works of art, we assert that the Defendant's impoundment of the work of art violates the Administrative Procedure Act as an arbitrary and capricious agency action. *See, e.g.,* 5 U.S.C. §§ 702, *et. seq.*

**REMEDY SOUGHT:**

14. The Plaintiff respectfully asks that this Court declare that the work of art is not a firearm or a destructive device as defined by 18 USC sect. 921(a)(3) because it is not likely to be used as a weapon, because it is

9

not readily convertible to fire any projectile, and because it is an object that is unquestionably only going to be used for cultural purposes. *Id*.

15. Furthermore, given that the work of art has been improperly classified as a firearm or destructive device and subsequently impounded since it arrived in the United States, the Plaintiffs are seeking damages equal to the costs that have been imposed for the storage of the object during its impoundment.

**EXHAUSTION OF ADMINISTRATIVE REMEDIES:**

16. There is no administrative remedy prescribed for the improper classification of an object as a firearm, and as this case is being brought under the umbrella of the Administrative Procedure Act, the Defendants' determination that the work of art is a firearm or destructive device amounts to a final agency decision. *See* 5 USC sect. 704; *see also Darby v. Cisneros*, 509 US 137 (1993).

**PRAYER:**

17. Wherefore, the Plaintiffs pray that this Honorable Court declare that *War Throne* is a work of art and not a firearm or destructive device, and then order the Defendants to release it to Plaintiff without further delay.

10

18. As noted above, the Plaintiff also prays that the Court require the Defendants to pay for all storage costs related to the work of art's impoundment, given that it was improperly quarantined after being wrongfully classified as a firearm or destructive device within the scope of 18 USC 921(a)(3).

Respectfully Submitted,

Adam Solow, Esq.
PA Reg.# 204466
Attorney for Plaintiff
ams2324

**PLAINTIFF'S LIST OF EXHIBITS IN SUPPORT OF COMPLAINT *IN RE SOLOW V. LYNCH, et al***

A) A color photograph of *War Throne*, by Goncalo Mabundo, the work of art at the center of this controversy;

B) Documents related to its importation to the United States and subsequent seizure and impoundment;

C) Correspondence dated June 11, 2015 from the Defendants indicating that the work of art had been deemed a firearm or destructive device, suggesting that the Plaintiff could not bring it into the United States or possess it without an arms importation license, and that even upon licensure, vital components of the objects artistic integrity would have to be "destroyed," "crushed," or "mangled" and an "AK Machinegun Barrel Destruction for Importation" diagram provided by Defendants to Plaintiff indicating that the two AK barrels associated with the work of art *have been properly* cut inasmuch as they are cut behind the "gas port block" *Compare* Ex. A.

D) Various mass media accounts of Goncalo Mabundo's works of art constructed entirely decommissioned weapons, including their display and sale in the United States:

   a. Tim Hume, *Artist Creates Objects of Beauty from Instruments of Death,* CNN (Mar. 22., 2012), *available at:* http://www.cnn.com/2012/03/22/world/africa/goncalo-mabunda-mozambique-artist-inside-africa/

   b. Jack Bell Gallery, *Goncalo Mabunda* (artist profile), *available at:* http://www.jackbellgallery.com/artists/29-Gon%C3%A7alo-Mabunda/overview/

   c. Club of Mozambique, *Goncalo Mabunda to be the First Mozambican in Venice Biennale* (Mar. 3. 2015), *available at:* http://www.clubofmozambique.com/solutions1/sectionnews.php?secao=entertainment&id=2147487830&tipo=one

   d. Janise Elie, *Art of War: melding arms into weapons of mass attraction – in pictures,* The Guardian (Mar 6, 2014), *available at:* http://www.theguardian.com/global-development/gallery/2014/mar/06/art-of-war-melding-arms-into-weapons-of-mass-attraction-in-pictures

   e. African Artists for Development, *AAD at the Annual Clinton Global Initiative Summit in New York* (Sept. 23, 2011); *available at* http://aad-fund.org/en/aad-at-the-annual-clinton-global-initiative-summit-in-new-york (showing the artist shaking hands with President Bill Clinton);

f.  Ethan Cohen Gallery, *Goncalo Mabundo (artist profile), available at*:
    http://www.ecfa.com/#!goncalo-mabunda/cy8z (indicating that the artists'
    works of art have been on sale in the United States);

g.  Brooklyn Museum, *Harmony Chair, available at*:
    https://www.brooklynmuseum.org/opencollection/objects/212071/Harmon
    y_Chair

h.  Goncalo Mabunda, *Exhibitions, available at*, www.goncalo-
    mabunda.com/en/exhibitions (last accessed on Sept. 3, 2015), indicating
    that the artist's work of art has been displayed in exhibitions in the United
    States no less than two times.

Exhibit A



Exhibit B

## CARGO ACCEPTANCE SECURITY CONTROL
## CONTROLO DE SEGURANÇA PARA ACEITAÇÃO DE CARGA

CP (AWB): 047 68 / 331  152 , De (From): MPM

Para (To): PHL , 01 Pcs (Pks) 42.6 Kgs (Kgs)

RA (Agente Reconhecido) n.º _____

KC (Expedidor Conhecido) n.º _____

<div style="writing-mode: vertical">To be fulfilled by Cargo Agent / A ser preenchido pelo Agente de Carga</div>

- **Without restrictions** (Sem Restrições) ........................................ ☐

**Reason: (Motivo:)** _____

- **X-Ray** (Raios-X) ........................................ ☒

   **Dual View X Ray** ☐          **SingleView X RAY** *

- **(*) Required hand search or screening by two different angles**

- **SPX** .......... ☒   **SCO** ............ ☐   **SHR** ............ ☐

**False declarations may lead to legal action against the shipper.**
Falsas declarações podem implicar acções judiciais contra o expedidor.

ALDO MULUNGO; 10 / 04 / 15 ; ALDO MULUNGO ; _____
Signature         date              Name (block capitals)       Position in Company
Assinatura        data              Nome    (Maiúsculas)         Posição na Empresa

GONCALO MABUNDA ;          110100570920I - B.I. ;
Name of person making delivery       Nº and type of ID provided with photo
                                      (Check if the photo Match)
Nome da pessoa que faz a entrega     Nº e tipo  Documento de Identidade c/ foto
                                      (Verifique se a foto coincide)

TAP OFFICIAL / REPRESENTANTE AO / MAPUTO MOÇAMBIQUE

| ACCEPTANCE AGENT/ID Nº | X-RAY OPERATOR/ID Nº |
|---|---|
| Agente da Aceitação | Operador rx |
| *Luis Cum é* | *Conrilo J. Semente* |
| Name | Name |
| | |
| Signature | Signature |
| Date: 14/04/15 | Date: 10 /06 /2015 |
| Time: 13 / 01 | Time: 14 / 85 |

This document must be attached to the AWB on the acceptance of cargo and, after embarking to the copy of the AWB to be kept in archive.
This document contains security sensitive information that must be preserved.
Este documento deve ser anexo à AWB na aceitação da carga, e, após o embarque à cópia de arquivo da AWB. Este documento contém informação sensível que deve ser preservada.

SEC 006 Ago 2014                              Mod. TAP 60673

047 | MPM |6833 1152

047-6833 1152

| Shipper's Name and Address | Shipper's Account Number | Not Negotiable |  |
|---|---|---|---|
| GONCALO MABUNDA<br>AV. KARL MARX 1834<br>MAPUTO<br>MOZAMBIQUE<br><br>TEL:258843607317 | | Air Waybill<br><br>Issued By | TAP PORTUGAL<br>1704-801 LISBOA<br>PORTUGAL<br>CIPC PT 500 278 725 |

| Consignee's Name and Address | Consignee's Account Number |  |  |
|---|---|---|---|
| ADAM M. SOLOW<br>LLC 1601 WALNUR STREET<br>SUITE 1523 EUA PHLADELPHIA<br>PHILADELPHIA, 19102<br>USA<br>TEL: 2155641990 | | | |

U.S CUSTOMS IN-BOUND AWB

| EWR/4601 | IT 61 | PHL-1108 |
|---|---|---|
| Origin | Entry Type | Destination |
| TP | TP203 | 19-Apr-15 |
| Importing Carrier | Flight Number | Arrival Date |
| FORWARDAIR | 62-155497200 | 19-Apr-15 |
| Bonded Carrier/Exporter | | Date |
| ILIDA | | 19-Apr-15 |
| Signature Of Carrier Agent ( or Exporter ) | | Date |

Issuing Carrier's Agent and City
TAP PORTUGAL
MAPUTO

| Agent's IATA Code | Account No. |
|---|---|
| 56-4-9011/4 | |

Airport of Departure (Addr. of First Carrier) and Requested Routing
Maputo

U.S Customs Officer                                    Date

| To | By First Carrier | To / By | | To / By | | Currency | WT/VAL | Other | Declared Value For Carriage | Declared Value For Customs |
|---|---|---|---|---|---|---|---|---|---|---|
| LIS | TAP Portugal | EW | TP | PHL | TP | MZN | PP X | X | NVD | NCV |

| Airport of Destination | Flight/Date | Flight/Date | Amount of Insurance |
|---|---|---|---|
| Philadelphia | TP 282/13 | TP 203/19 | XXX |

Handling Information

SPX\307066\XRAY\10APR15

SCI

| No of Pieces | Gross Weight | kg lb | Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 1 - | 42.6 | K | 0 | 100.0 | 82.00 | 8,200.00 | ART WORK |
| | | | | | | | Dims: 70 x 75 x114 x 1<br>70 x 75 x114 x 1 |
| 1 | 42.6 | | | | | 8,200.00 | Volume:0.600 |

| Prepaid | Weight Charges | Collect | Other Charges |  |  |
|---|---|---|---|---|---|
| 8,200.00 | | | MYC | 1,789.00 | SCC     43.00 |
| | Valuation Charge | | AWC | 500.00 | |
| | Tax | | | | |
| | Total Other Charges Due Agent | | | | |
| | Total Other Charges Due Carrier | | | | |
| | 2,332.00 | | | | |
| Total Prepaid | Total Collect | | | | |
| 10,532.00 | | | | | |

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

For: GONCALO MABUNDA

Signature of Shipper or its Agent

TAP PORTUGAL
as agent for
TAP Portugal

10 Apr 2015          Maputo

Executed On (Date)     at (Place)

Signature of Issuing Carrier or its Agent

047-6833 1152

ORIGINAL 2 (FOR CONSIGNEE)

047 | MPM 6833 1152

047-6833 1152

| Shipper's Name and Address | Shipper's Account Number | Not Negotiable | |
|---|---|---|---|
| GONCALO MABUNDA<br>AV. KARL MARX 1834<br>MAPUTO<br>MOZAMBIQUE | | Air Waybill<br>Issued By | TAP PORTUGAL<br>1704-801 LISBOA<br>PORTUGAL<br>CIPC PT 500 278 725 |

TEL: 258843607317

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| ADAM M. SOLOW<br>LLC 1601 WALNUR STREET<br>SUITE 1523 EUA PHLADELPHIA<br>PHILADELPHIA, 19102<br>USA | |

TEL: 2155641990

**U.S CUSTOMS IN-BOUND AWB**

| EWR/4601 | IT 61 | PHL-1108 |
|---|---|---|
| Origin<br>TP | Entry Type<br>TP203 | Destination<br>19-Apr-15. |
| Importing Carrier<br>FORWARDAIR   62-155497200 | Flight Number | Arrival Date<br>19-Apr-15 |
| Bonded Carrier/Exporter<br>ILIDA | | Date<br>19-Apr-15 |
| Signature Of Carrier Agent ( or Exporter ) | | Date |

| Issuing Carrier's Agent and City |
|---|
| TAP PORTUGAL<br>MAPUTO |

| Agent's IATA Code | Account No. |
|---|---|
| 56-4-9011/4 | |

| Airport of Departure (Addr. of First Carrier) and Requested Routing |
|---|
| Maputo |

U.S Customs Officer

Date

| To | By First Carrier | To/By | To/By | Currency | WT/VAL | Other | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|
| LIS | TAP Portugal | EW | TP | PHL | TP | MZN | PP X | X | NVD | NCV |

| Airport of Destination | Flight/Date | Flight/Date | Amount of Insurance |
|---|---|---|---|
| Philadelphia | TP 282/13 | TP 203/19 | XXX |

Handling Information

SPX\307066\XRAY\10APR15

SCI

| No. of<br>Pieces | Gross<br>Weight | kg<br>lb | Commodity<br>Item No. | Chargeable<br>Weight | Rate /<br>Charge | Total | Nature and Quantity of Goods<br>(incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 1 - | 42.6 | K | Q | 100.0 | 82.00 | 8,200.00 | ART WORK |
| | | | | | | | Dim: 70 x 75 x114 x I<br>70 x 75 x114 x I |
| 1 | 42.6 | | | | | 8,200.00 | Volume:0.600 |

| Prepaid | Weight Charges | Collect | Other Charges | | | |
|---|---|---|---|---|---|---|
| 8,200.00 | | | MYC | 1,789.00 | SCC | 43.00 |
| | Valuation Charge | | AWC | 500.00 | | |
| | Tax | | | | | |

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

| Total Other Charges Due Agent | |
|---|---|
| | |

| Total Other Charges Due Carrier |
|---|
| 2,332.00 |

For: GONCALO MABUNDA

Signature of Shipper or his Agent

| Total Prepaid | Total Collect |
|---|---|
| 10,532.00 | |

TAP PORTUGAL
as agent for
TAP Portugal

| 10 Apr 2015 | Maputo | |
|---|---|---|
| Executed On (Date) | at (Place) | Signature of Issuing Carrier or its Agent |

047-6833 1152

ORIGINAL 2 (FOR CONSIGNEE)

047 | MPM 6833 1152                                                          047-6833 1152

| Shipper's Name and Address | Shipper's Account Number | Not Negotiable | |
|---|---|---|---|
| GONCALO MABUNDA<br>AV. KARL MARX 1834<br>MAPUTO<br>MOZAMBIQUE | | **Air Waybill**<br>Issued by | TAP PORTUGAL<br>1704-801 LISBOA<br>PORTUGAL<br>CIPC PT 500 278 725 |
| TEL:258843607317 | | | |

| Consignee's Name and Address | Consignee's Account Number | U.S CUSTOMS IN-BOUND AWB | | |
|---|---|---|---|---|
| ADAM M. SOLOW<br>LLC 1601 WALNUR STREET<br>SUITE 1523 EUA PHILADELPHIA<br>PHILADELPHIA, 19102<br>USA | | EWR/4601 | IT 61 | PHL-1108 |
| | | Origin<br>TP | Entry Type<br>TP203 | Destination<br>19-Apr-15. |
| TEL: 2155641990 | | Importing Carrier<br>FORWARDAIR | Flight Number<br>62-155497200 | Arrival Date<br>19-Apr-15 |

| Issuing Carrier's Agent Name and City | | Bonded Carrier/Exporter | | Date |
|---|---|---|---|---|
| TAP PORTUGAL<br>MAPÚTO | | ILIDA | | 19-Apr-15 |
| Agent's IATA Code | Account No. | Signature Of Carrier Agent ( or Exporter ) | | Date |
| 56-4-9011/4 | | | | |

| Airport of Departure (Addr. of First Carrier) and Requested Routing | |
|---|---|
| Maputo | U.S Customs Officer                          Date |

| To | By First Carrier | To / By | | To / By | | Currency | Wt/VAL | Other | Declared Value For Carriage | Declared Value For Customs |
|---|---|---|---|---|---|---|---|---|---|---|
| LIS | TAP Portugal | EW | TP | PHL | TP | MZN | PP X | X | NVD | NCV |

| Airport of Destination | Flight/Date | Flight/Date | Amount of Insurance |
|---|---|---|---|
| Philadelphia | TP 282/13 | TP 203/19 | XXX |

Handling Information

SPX\307066\XRAY\10APR15

SGI

| No of<br>Pieces | Gross<br>Weight | kg<br>lb | Commodity<br>Item No. | Chargeable<br>Weight | Rate /<br>Charge | Total | Nature and Quantity of Goods<br>(incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 1 | 42.6 | K | Q | 100.0 | 82.00 | 8,200.00 | ART WORK<br><br>Dims: 70 x 75 x114 x 1<br>70 x 75 x114 x 1 |
| 1 | 42.6 | | | | | 8,200.00 | Volume:0.600 |

| Prepaid | Weight Charge | Collect | Other Charges | | | |
|---|---|---|---|---|---|---|
| 8,200.00 | | | MYC | 1,789.00 | SCC | 43.00 |
| | Valuation Charge | | AWC | 500.00 | | |
| | Tax | | | | | |
| | Total Other Charges Due Agent | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations. | | | |
| | Total Other Charges Due Carrier | | | | | |
| | 2,332.00 | | For: GONCALO MABUNDA | | | |
| | | | Signature of Shipper or its Agent | | | |
| Total Prepaid | Total Collect | | | | TAP PORTUGAL | |
| 10,532.00 | | | | | as agent for | |
| | | | 10 Apr 2015 | Maputo | TAP Portugal | |
| | | | Executed On (Date) | at (Place) | Signature of Issuing Carrier or its Agent | |
| | | | | | 047-6833 1152 | |

ORIGINAL 2 (FOR CONSIGNEE)

| Shipper's Name and Address | Shipper's Account Number | | | | | Air Waybill | | TAP PORTUGAL |
|---|---|---|---|---|---|---|---|---|

Shipper's Name and Address
GONCALO MABUNDA
AV. KARL MARX 1834
MAPUTO
MOZAMBIQUE

TEL: 258843607317

Air Waybill
Issued By

TAP PORTUGAL
1704-801 LISBOA
PORTUGAL
CIPC PT 500 278 725

Consignee's Name and Address          Consignee's Account Number
ADAM M. SOLOW
LLC 1601 WALNUR STREET
SUITE 1523 EUA PHLADELPHIA
PHILADELPHIA, 19102
USA

TEL: 2155641990

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted ) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF, ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACE WHICH THE CARRIER DEEMS APPROPRIATE. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

Issuing Carrier's Agent and City
TAP PORTUGAL
MAPUTO

Accounting Information

Agent's IATA Code          Account No.
56-4-9011/4

Airport of Departure (Addr. of First Carrier) and Requested Routing
Maputo

| To | By First Carrier | To/By | | To/By | | Currency | | WT/VAL | Other | | Declared Value For Carriage | Declared Value For Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIS | TAP Portugal | EW | TP | PHL | TP | MZN | PP | X | X | | NVD | NCV |

Airport of Destination          Flight/Date          Flight/Date          Amount of Insurance
Philadelphia          TP 282/13          TP 203/19          XXX

Handling Information
SPX\307066\XRAY\10APR15

SCI

| No of Pieces | Gross Weight | kg/lb | Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 1 | 42.6 | K | Q | 100.0 | 82.00 | 8,200.00 | ART WORK |
| | | | | | | | Dims: 70 x 75 x114 x 1 |
| | | | | | | | 70 x 75 x114 x 1 |
| 1 | 42.6 | | | | | 8,200.00 | Volume:0.600 |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | 8,200.00 | | MYC   1,789.00        SCC   43.00 |
| | Valuation Charge | | AWC    500.00 |
| | | | |
| | Tax | | |
| | Total Other Charges Due Agent | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations. |
| | Total Other Charges Due Carrier | | |
| | 2,332.00 | | For: GONCALO MABUNDA |
| | | | Signature of Shipper or his Agent |
| Total Prepaid | Total Collect | | TAP PORTUGAL |
| 10,532.00 | | | as agent for TAP Portugal |
| | | | 10 Apr 2015        Maputo |
| | | | Executed On (Date)        at (Place)        Signature of Issuing Carrier or its Agent |
| | | | 047-6833 1152 |

ORIGINAL 2 (FOR CONSIGNEE)

| Shipper's Name and Address | | Shipper's Account Number | Not Negotiable | | |
|---|---|---|---|---|---|
| GONCALO MABUNDA AV. KARL MARX 1834 MAPUTO MOZAMBIQUE | | | **Air Waybill** Issued By | TAP PORTUGAL 1704-801 LISBOA PORTUGAL CIPC PT 500 278 725 | |

TEL:258843607317

| Consignee's Name and Address | Consignee's Account Number | |
|---|---|---|
| ADAM M. SOLOW LLC 1601 WALNUR STREET SUITE 1523 EUA PHLADELPHIA PHILADELPHIA, 19102 USA | | It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACE WHICH THE CARRIER DEEMS APPROPRIATE. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required. |

TEL: 2155641990

| Issuing Carrier's Agent and City | Accounting Information |
|---|---|
| TAP PORTUGAL MAPUTO | |

| Agent's IATA Code | Account No. |
|---|---|
| 56-4-9011/4 | |

Airport of Departure (Addr. of First Carrier) and Requested Routing

Maputo

| To | By First Carrier | To/By | | To/By | | Currency | Wt/VAL | | Other | | Declared Value For Carriage | Declared Value For Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIS | TAP Portugal | EW | TP | PHL | TP | MZN | PP | X | X | | NVD | NCV |

| Airport of Destination | Flight/Date | | Flight/Date | | Amount of Insurance |
|---|---|---|---|---|---|
| Philadelphia | TP 282/13 | | TP 203/19 | | XXX |

Handling Information

SPX\307066\XRAY\10APR15

SCI

| No. of Pieces | Gross Weight | kg lb | Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 1 | 42.6 | K | | 100.0 | 82.00 | 8,200.00 | ART WORK |
| | | | | | | | dims: 70 x 75 x114 x 1 70 x 75 x114 x 1 |
| 1 | 42.6 | | | | | 8,200.00 | Volume:0.600 |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | 8,200.00 | | MYC    1,789.00       SCC    43.00 AWC    500.00 |

| Valuation Charge |
|---|
| |

| Tax |
|---|
| |

| Total Other Charges Due Agent |
|---|
| |

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

| Total Other Charges Due Carrier |
|---|
| 2,332.00 |

For: GONCALO MABUNDA

Signature of Shipper or his Agent

| Total Prepaid | Total Collect |
|---|---|
| 10,532.00 | |

10 Apr 2015        Maputo

| Executed On (Date) | at (Place) | Signature of Issuing Carrier or its Agent |
|---|---|---|

TAP PORTUGAL
as agent for
TAP Portugal

047-6833 1152

COPY 4 (DELIVERY RECEIPT)

| Shipper's Name and Address | | Air Waybill | TAP PORTUGAL |
|---|---|---|---|
| GONCALO MABUNDA<br>AV. KARL MARX 1834<br>MAPUTO<br>MOZAMBIQUE | | Issued By | 1704-801 LISBOA<br>PORTUGAL<br>CIPC PT 500 278 725 |

TEL:258843607317

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| ADAM M. SOLOW<br>LLC 1601 WALNUR STREET<br>SUITE 1523 EUA PHLADELPHIA<br>PHILADELPHIA, 19102<br>USA | |

TEL: 2155641990

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted ) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF, ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACE WHICH THE CARRIER DEEMS APPROPRIATE. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

**Issuing Carrier's Agent and City**
TAP PORTUGAL
MAPUTO

Accounting Information

**Agent's IATA Code**
56-4-9011/4        Account No.

**Airport of Departure (Addr. of First Carrier) and Requested Routing**
Maputo

| To | By First Carrier | To / By | | To / By | | Currency | | WT/VAL. | | Other | Declared Value For Carriage | Declared Value For Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIS | TAP Portugal | EW | TP | PHL | TP | MZN | PP | X | | X | NVD | NCV |

| Airport of Destination | Flight/Date | Flight/Date | Amount of Insurance |
|---|---|---|---|
| Philadelphia | TP 282/13 | TP 203/19 | XXX |

**Handling Information**
SPX\307066\XRAY\10APR15                                    SCI

| No of Pieces | Gross Weight | kg lb | Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 1 | 42.6 | K | | 100.0 | 82.00 | 8,200.00 | ART WORK |
| | | | | | | | Dims: 70 x 75 x114 x 1<br>70 x 75 x114 x 1 |
| 1 | 42.6 | | | | | 8,200.00 | Volume:0.600 |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| 8,200.00 | | | MYC    1,789.00     SCC    43.00<br>AWC     500.00 |

Valuation Charge

Tax

Total Other Charges Due Agent

Total Other Charges Due Carrier
2,332.00

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

For: GONCALO MABUNDA
Signature of Shipper or his Agent

| Total Prepaid | Total Collect |
|---|---|
| 10,532.00 | |

10 Apr 2015        Maputo
Executed On (Date)        at (Place)

TAP PORTUGAL
as agent for
TAP Portugal
Signature of Issuing Carrier or his Agent

047-6833 1152

**COPY 5 (FOR AIRPORT DESTINATION)**

| Shipper's Name and Address | Shipper's Account Number | Not Negotiable | Air Waybill | TAP PORTUGAL |
|---|---|---|---|---|

Shipper's Name and Address
GONCALO MABUNDA
AV. KARL MARX 1834
MAPUTO
MOZAMBIQUE

TEL: 258843607317

Air Waybill
Issued By

TAP PORTUGAL
1704-801 LISBOA
PORTUGAL
CIPC PT 500 278 725

Consignee's Name and Address
ADAM M. SOLOW
LLC 1601 WALNUR STREET
SUITE 1523 EUA PHILADELPHIA
PHILADELPHIA, 19102
USA

TEL: 2155641990

Consignee's Account Number

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACE WHICH THE CARRIER DEEMS APPROPRIATE. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

Issuing Carrier's Agent and City
TAP PORTUGAL
MAPUTO

Accounting Information

Agent's IATA Code
56-4-9011/4

Account No.

Airport of Departure (Addr. of First Carrier) and Requested Routing
Maputo

| To | By First Carrier | To / By | | To / By | | Currency | | WT/VAL | | Other | | Declared Value For Carriage | Declared Value For Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIS | TAP Portugal | EW | TP | PHL | TP | MZN | PP | X | | X | | NVD | NCV |

| Airport of Destination | Flight/Date | Flight/Date | Amount of Insurance |
|---|---|---|---|
| Philadelphia | TP 282/13 | TP 203/19 | XXX |

Handling Information
SPX\307066\XRAY\10APR15

SCI

| No of Pieces | Gross Weight | kg lb | Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 1 | 42.6 | K | | 100.0 | 82.00 | 8,200.00 | ART WORK |
| | | | | | | | Dims:   70 x 75 x114 x 1 |
| | | | | | | | 70 x 75 x114 x 1 |
| 1 | 42.6 | | | | | 8,200.00 | Volume:0.600 |

| Prepaid | Weight Charge | Collect | Other Charges | | | |
|---|---|---|---|---|---|---|
| | 8,200.00 | | MYC | 1,789.00 | SCC | 43.00 |
| | Valuation Charge | | AWC | 500.00 | | |
| | Tax | | | | | |

| Total Other Charges Due Agent | |
|---|---|

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

| Total Other Charges Due Carrier | |
|---|---|
| 2,332.00 | |

For:  GONCALO MABUNDA

Signature of Shipper or his Agent

| Total Prepaid | Total Collect |
|---|---|
| 10,532.00 | |

10 Apr 2015          Maputo

Executed On (Date)          at (Place)

TAP PORTUGAL
as agent for
TAP Portugal

Signature of Issuing Carrier or its Agent

047-6833 1152

**COPY 7 (FOR SECOND CARRIER)**

| Shipper's Name and Address | Shipper's Account Number | Not Negotiable | **Air Waybill** | TAP PORTUGAL |
|---|---|---|---|---|
| GONCALO MABUNDA AV. KARL MARX 1834 MAPUTO MOZAMBIQUE | | | Issued By | 1704-801 LISBOA PORTUGAL CIPC PT 500 278 725 |

TEL: 258843607317

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| ADAM M. SOLOW LLC 1601 WALNUR STREET SUITE 1523 EUA PHLADELPHIA PHILADELPHIA, 19102 USA | It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF, ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACE WHICH THE CARRIER DEEMS APPROPRIATE. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required. |

TEL: 2155641990

Issuing Carrier's Agent and City
TAP PORTUGAL
MAPUTO

Accounting Information

Agent's IATA Code
56-4-9011/4

Account No.

Airport of Departure (Addr. of First Carrier) and Requested Routing
Maputo

| To | By First Carrier | To/By | | To/By | | Currency | | Wt/VAL | Other | Declared Value For Carriage | Declared Value For Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LIS | TAP Portugal | EW | TP | PHL | TP | MZN | PP X | X | | NVD | NCV |

| Airport of Destination | Flight/Date | Flight/Date | Amount of Insurance |
|---|---|---|---|
| Philadelphia | TP 282/13 | TP 203/19 | XXX |

Handling Information
SPX\307066\XRAY\10APR15

SCI

| No of Pieces | Gross Weight | kg lb | Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 1 | 42.6 | K | | 100.0 | 82.00 | 8,200.00 | ART WORK |
| | | | | | | | Dims: 70 x 75 x114 x 1 70 x 75 x114 x 1 |
| 1 | 42.6 | | | | | 8,200.00 | Volume: 0.600 |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | 8,200.00 | | MYC   1,789.00        SCC   43.00 AWC     500.00 |

Valuation Charge

Tax

Total Other Charges Due Agent

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

| Total Other Charges Due Carrier |
|---|
| 2,332.00 |

For: GONCALO MABUNDA

Signature of Shipper or his Agent

| Total Prepaid | Total Collect |
|---|---|
| 10,532.00 | |

TAP PORTUGAL
as agent for
TAP Portugal

10 Apr 2015          Maputo

Executed On (Date)     at (Place)     Signature of Issuing Carrier or its Agent

047-6833 1152

**COPY 8 (FOR FIRST CARRIER)**

| Shipper's Name and Address | Shipper's Account Number | Not Negotiable | |
|---|---|---|---|
| GONCALO MABUNDA<br>AV. KARL MARX 1834<br>MAPUTO<br>MOZAMBIQUE | | **Air Waybill**<br>Issued By | TAP PORTUGAL<br>1704-801 LISBOA<br>PORTUGAL<br>CIPC PT 500 278 725 |
| TEL: 258843607317 | | | |

| Consignee's Name and Address | Consignee's Account Number | |
|---|---|---|
| ADAM M. SOLOW<br>LLC 1601 WALNUR STREET<br>SUITE 1523 EUA PHLADELPHIA<br>PHILADELPHIA, 19102<br>USA<br>TEL: 2155641990 | | It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF, ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACE WHICH THE CARRIER DEEMS APPROPRIATE. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required. |

| Issuing Carrier's Agent and City | Accounting Information |
|---|---|
| TAP PORTUGAL<br>MAPUTO | |

| Agent's IATA Code | Account No. |
|---|---|
| 56-4-9011/4 | |

**Airport of Departure (Addr. of First Carrier) and Requested Routing**
Maputo

| To | By First Carrier | To / By | To / By | Currency | WT/VAL | Other | Declared Value For Carriage | Declared Value For Customs |
|---|---|---|---|---|---|---|---|---|
| LIS | TAP Portugal | EW TP | PHL TP | MZN | PP X | X | NVD | NCV |

| Airport of Destination | Flight/Date | Flight/Date | Amount of Insurance |
|---|---|---|---|
| Philadelphia | TP 282/13 | TP 203/19 | XXX |

**Handling Information**
SPX\307066\XRAY\10APR15

| | | | | | | | SCI |
|---|---|---|---|---|---|---|---|

| No of Pieces | Gross Weight | kg lb | Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 1 | 42.6 | K | | 100.0 | 82.00 | 8,200.00 | ART WORK |
| | | | | | | | Items: 70 x 75 x 114 x 1<br>70 x 75 x 114 x 1 |
| 1 | 42.6 | | | | | 8,200.00 | Volume: 0.600 |

| Prepaid | Weight Charge | Collect | Other Charges | | | |
|---|---|---|---|---|---|---|
| | 8,200.00 | | MYC | 1,789.00 | SCC | 43.00 |
| | Valuation Charge | | AWC | 500.00 | | |
| | Tax | | | | | |
| | Total Other Charges Due Agent | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations. | | | |
| | Total Other Charges Due Carrier | | | | | |
| | 2,332.00 | | For: GONCALO MABUNDA | | | |
| | | | Signature of Shipper or its Agent | | | |
| Total Prepaid | Total Collect | | | | TAP PORTUGAL | |
| 10,532.00 | | | | | as agent for | |
| | | | 10 Apr 2015    Maputo | | TAP Portugal | |
| | | | Executed On (Date)    at (Place) | | Signature of Issuing Carrier or its Agent | |
| | | | | | 047-6833 1152 | |

**COPY 10 (EXTRA COPY FOR CARRIER)**

# WAREHOUSE SERVICE INC

1501 Admiral Wilson Boulevard, Camden, NJ 08109

Adam M.Solow
1601 Walnut Street
Suite 1523
Philadelphia, PA,


Tuesday, May 05, 2015


RE:     General Order # 15-1108-W-5154        Item:  Art Work
        United States Customs Service

Dear Sirs:

Warehouse Service Inc. is a public warehouse serving the import, export and domestic community of the Delaware Valley. We are also a US Customs Bonded warehouse that holds goods for US Customs for various reasons **We are only the messenger** and are trying to help you recover your merchandise. The following has been prepared for your general knowledge, please act on the information.

As you are aware storage of certain goods named in the United States Customs Form 6043, en-closed, are your obligation to manipulate as the importer of record. You have three methods in satisfying the encumbrance placed upon you:

1. If you wish to receive the merchandise imported, notify your customs broker that you have a shipment in General Order, in the Port of Philadelphia, General Order Warehouse.  To ascertain the lien status and the amount owed please have them call Warehouse Service Inc. at 856-365-0333 and ask for the General Order Administrator.  After payment you may have the goods shipped to any destination.

2. Export your merchandise using the same method as stated above.

3. If you want you may abandon your freight to US Customs.  All liens and costs will fall to the expected revenue of your merchandise at sale.  Short falls of revenue may require some financial impute on your part.

Please act immediately as you are in a time sensitive period.  You have six months from the time of import until your merchandise goes to forced government sale and if you do not satisfy the ac-count or abandon the goods, action by the lien holders under the "Uniform Commercial Code" (UCC) may be placed against you.

Sincerely yours,

*General Order Administrator*

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br>19 CFR 4.34, 4.37, 19.9; 19 USC 1551a, 1565 | **DELIVERY TICKET** | PORT<br>1108 | ENTRY NUMBER (IT, G.O., Detention, SZ, Other, describe)<br><br>15-1108-W-5154 |
|---|---|---|---|

| | GOODS DELIVERED TO | |
|---|---|---|
| ☐ TRANSFER   ☐ CARTAGE   ☐ RELEASE | **Warehouse Services Inc.**<br>1501 Admiral Wilson Blvd.<br>Camden, NJ  08109 | |

GOODS DELIVERED FROM (Pier, Station, Airport, etc.)
Forward Air
1000 Henderson Blvd.

Folcroft, PA, 19032-
(610) 532-6560

| DATE OF ENTRY<br>4 /21/2015 |
|---|
| DATE OF ARRIVAL |

NAME AND ADDRESS OF CONSIGNEE
Adam M.Solow
1601 Walnut Street
Suite 1523
Philadelphia,  PA,

AIR WAYBILL OR BILL OF LADING NO.
047–68331152

NAME OF IMPORTING CARRIER (If Airline, Give Airline and Flt. No.)
Tap Air

| LIEN NO. | DATE OF LIEN | LIEN FILED BY |
|---|---|---|
| | | |

LIEN  SATISFIED (19 USC 1564)

| DATE | ☐ ENTRY | ☐ SALE | ☐ DESTROYED |
|---|---|---|---|

| MARKS AND NUMBERS<br>CONT. NUMBER, PIECE COUNT | DESCRIPTION  OF MERCHANDISE | CONDITION, WEIGHTS, ETC. |
|---|---|---|
| | 1    Art Work | 93.91595 |
| | | |
| | 0  Pallets | |
| | | |
| | | |
| | | |
| | | |

| TOTAL NO. OF PACKAGES / UNITS<br>1 | SIGNATURE OF CONSIGNEE | |
|---|---|---|

| *Delivered in good condition except as noted* | *Received in good condition except as noted* |
|---|---|

QUANTITY DISCREPANCIES NOTE HERE:

| VEHICLE LICENSE PLATE NUMBER | CUSTODIAL BOND NUMBER OF DELIVERING PARTY (19 CFR 113.63) |
|---|---|

| C.H. LICENSE NUMBER<br>C522 | TRUCK NUMBER | COMPANY NAME AND SIGNATURE OF CARTMAN / LIGHTERMAN / COMMON CARRIER |
|---|---|---|

| DELIVERING CUSTOMS OFFICER | DATE AND TIME<br>05/15/2015 | RECEIVING CUSTOMS OFFICER | DATE AND TIME |
|---|---|---|---|

| DELIVERING PROPRIETOR<br>Forward Air | RECEIVING PROPRIETOR<br>**WSI** |
|---|---|

Customs Form 6043-ALT (042898)





V2.7

**Worldwide Flight Services**

# Air Cargo Transfer Manifest

| | | |
|---|---|---|
| **Air Carrier:** *Tap Portugal* | | **Date:** *April 19, 2015* |
| **Port of Arrival:** *EWR* | **Port of Transfer:** *PHL* | |
| **Arrival Port Code:** *4601* | **Transfer Port Code:** *1108* | |

| AWB Number | Description of Contents | Dest. | Pcs | Weight (Kgs) | Remarks |
|---|---|---|---|---|---|
| 047-68331152 | ART WORK | PHL | 1 | 43 | VALUABLE ROOM |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | **Total Weight (Kgs):** | | 42.6 | Above shipment(s) received in full and apparent good order and condition except as noted in "REMARKS" column. |
| | | **Total Weight (Lbs):** | | 93.9 | |

| | | | |
|---|---|---|---|
| **ACTM prepared by:** | *ILIDA* (WFS Agent Name) | | |
| **Transferred by:** | *Tap Air Portugal* (Name of Trucking Company) | **By:** | (Name and Signature of WFS Employee) |
| **Received by:** | *FORWARD AIR* (Name of Trucking Company) | **By:** | (Name and Signature of Trucking co. Driver) |

*Worldwide Flight Services Cargo · EWR*
Building 340-I Airis Drive
Newark Liberty International Airport
Newark NJ 07114
P 973 961 3283
C 973 624 0020
EWRSQWFS@Worldwideflight.com
*Track your shipment and CBP status at WWW.AWBTRACK.COM*

8997bu5 AIR CARGO TRANSFER MANIFESTWFS Air Cargo Transfer TAP V2.7                    ATCM V2.7 JREvs - EWR11

Exhibit C

**DEPARTMENT OF JUSTICE**

Bureau of Alcohol, Tobacco,
Firearms and Explosives
*Firearms & Explosives Imports Branch*
*244 Needy Road, Suite 1350*
*Martinsburg, WV 25405*

JUN 1 1 2015

JUN 09 2015        901030:WW
                   Ref:Solow

Adam Solow
1601 Walnut Street, Ste 1523
Philadelphia, PA 1902

Dear Mr. Solow:

We are returning your ATF form 6 Part I application dated May 15, 2015, for the reasons
indicated below.

The article you seek to import appears to be constructed of rifle parts, grenade parts and
ammunition shells and casing. When completing the Form 6 Part I, each rifle part, grenade part
and ammunition shell casing must be listed as a separate line item on the application with name
of manufacturer and address for each item listed.

Section 922(a)(3) of Title 18, United States Code, makes it unlawful for you, as an unlicensed
individual, to import a firearm, destructive device into the United States.
In order for you, an unlicensed individual, to import the art piece into the United States, the
ammunition and grenade parts must be destroyed to ATF specifications. The ammunition shell
casings must be crushed or mangled in such a way as to prevent reloading; we have attached
diagrams for the destruction of the AK machinegun barrels.

You may elect to engage the services of a Federal Firearms licensee located in your State of
residence to act as your import agent to bring your art piece into the United States provided it is
in an importable configuration.  Any ammunition shells or casings for nonsporting rounds would
still need to be destroyed to ATF specifications as would the grenade bodies.  Any licensee other
than a Type "03" licensed collector, should complete and sign the enclosed Form 6 Part I
application and return it to us for processing.  The application can be downloaded from the ATF
website at www.atf.gov, and submitted in triplicate. Please request your licensee to return a copy
of this letter when submits the permit application on your behalf.

                          Sincerely yours,

                          William E. Majors
                    Chief, Firearms and Explosives Imports Branch

Enclosure

# AK Machinegun Barrel Destruction for Importation

Second cut, behind gas-port block



First cut, not more than ¾ of an inch from the front of rear sight block.

1. The destruction of an AK-type machinegun barrel is ensured when the barrel is completely severed by torch or saw-cutting it in the two critical areas that are displayed in the photo above. (pointed out via red arrows).

2. Each cut must completely sever the barrel while displacing at least a quarter inch of material at each cut location.

3. One cut must be made at a distance of no more than ¾ of an inch from the front of rear sight block.

4. Destruction by means other than torch or saw-cutting is not authorized.

MAY 1 8 2012

Exhibit D2

Artist creates objects of beauty from instruments of death - CNN.com
Case 2:15-cv-05019-AB   Document 1   Filed 09/08/15   Page 37 of 72
5/15/15, 1:43 PM

U.S. Edition ∨

New York City, NY ☼ 71°   Sign in | MyCNN

News   Video   TV   Opinions   Ⅳ Watch Live TV ⟩ .rch CNN   🔍

U.S.   World   Politics   Tech   Health   Entertainment   Living   Travel



CNN SPECIAL REPORT
DAVID
LETTERMAN
SAYS GOOD NIGHT
TUESDAY
9 P
ET/PT


# Artist creates objects of beauty from instruments of death

By Tim Hume, for CNN

🕘 Updated 9:40 AM ET, Thu March 22, 2012

   





## Inside Africa



### 11 ways to see Africa from the air

Vintage helicopters, ziplines, private flying safaris offer new, spectacular views of wildlife and rugged terrain.



### Uganda clerics: Is gay OK?

Photojournalist Daniella Zalcman asked Uganda's religious leaders their views on homosexuality. Their answers might surprise you.

Goncalo Mabunda is an acclaimed sculptor who creates objects of beauty from instruments of death.

From his workshop in Maputo, he fashions his artworks -- masks, thrones and figures -- from decommissioned weapons and military equipment.

AK-47s, land mines, rocket launchers, soldiers' boots and helmets, even sections of tank: all are warped and melded to create vivid sculptures sought by galleries and collectors around the world.

The work, says Mabunda, is "trying to represent each [person] who died with this same material." At the same time, the creation of each piece has a very practical consequence.

"If we destroy the weapons, the same weapon's not going to kill any more," he said.



**Transforming weapons to art** 04:32

PLAY VIDEO ↘

rapper's delight

Read also: The tiny African nation that's a

in rural Africa rescue the environment? One charity is betting on it.



### Rhinos on a plane

To save the rhinos, one charity is moving them out of South Africa, where poaching is at an all time high.



### Africa's dying species

Many of Africa's animals are facing extinction. Is it too late for them? Our interactive looks at the many challenges to survival.



### Nature's mysterious 'fairy circles'

No one knows what causes "fairy circles" in Namibia's desert. A new study, however, may have solved the mystery.



### Africa's dying glaciers

The 'African Alps' are melting, and it may be too late. Now may be your last chance to see the snow-capped Rwenzori Mountains.



### Can this insect cure world hunger?

One company thinks so. They're investing in insect

Mabunda is best known for his "thrones" -- chairs made from the twisted metal of guns, symbolizing the power held by strongmen. "If you're a soldier, you fight all day, but you have some hours you need to rest," he said.

Read also: Dedicated followers of fashion: Congo's designer dandies

A recent exhibition in London, his first solo show in the British capital, also showcased a new direction: a series of tribal-inspired masks created from gun butts and bullets, drawing on African art traditions as well as referencing Mozambique's troubled recent history.

The masks "were responded to extremely well," by London audiences, said Jack Bell, whose gallery hosted Mabunda's latest exhibition. "They certainly play on form from traditional African art, but have a strong connection to modern and contemporary art," he said, citing comparisons to Pablo Picasso, Jean Dubuffet and Georges Braque.

A world away from the London art scene, Mabunda works to shape new pieces in his workshop. While it is through exhibitions in Paris, Tokyo and Dusseldorf that his pieces are finding acclaim, it is here that he hopes they will have the biggest impact.

Mabunda was first exposed to weapons through his uncle, a soldier in the ruling party's military wing, when he was only seven years

music, travel and literature.

## More from CNN



After years of custody battles, a reunion



The super-boat that comes with a health warning



Obama, Arab nations dance to different tunes (Opinion)



CNN anchor wins big at 'Celebrity Jeopardy'



North Korea publicly executes defense minister



Found: First warm-blooded fish (we've been eating it)

## Promoted Stories



Wearable Tech Is Poised for a Breakout Year in…
*Venture Capital News*

Silicon Valley Startup



Is This New Wearable Tech going to Bigger than…
*Venture Capital Log*

Transportation: What

Exhibit D

# JACK BELL GALLERY

## Gonçalo Mabunda



*Untitled (Mask)*, 2013

Born 1975, Maputo, Mozambique

Gonçalo Mabunda is interested in the
collective memory of his country,
Mozambique, which has only recently
emerged from a long and terrible civil war. He
works with arms recovered in 1992 at the
end of the sixteen-year conflict that divided
the region.

In his sculpture, he gives anthropomorphic
forms to AK47s, rocket launchers, pistols and
other objects of destruction. While the masks
could be said to draw on a local history of
traditional African art, Mabunda's work takes
on a striking Modernist edge akin to imagery
by Braque and Picasso. The deactivated
weapons of war carry strong political
connotations, yet the beautiful objects he
creates also convey a positive reflection on
the transformative power of art and the

Exhibit D


Club of
**MOZAMBIQUE**.com

# Gonçalo Mabunda To Be The First Mozambican in Venice Biennale

**(2015-03-13)** The list of artists for Okwui Enwezor's "All the World's Futures" at the 2015 Venice Biennale has been released and Mozambican Gonçalo Mabunda will represent the country, participating for the first time this year. Opens May 9.

·The show consists of over 136 artists from fifty-three countries, and will feature a space for live programming in the Central Pavilion designed by David Adjaye called The Arena. "The linchpin of this program will be the epic live reading of all three volumes of Karl Marx's 'Das Kapital'," Enwezor states.

"Here, 'Das Kapital' will serve as a kind of Oratorio that will be continuously read live, throughout the exhibition's seven months' duration."

The Biennale has also commissioned Kara Walker to direct a new production of Vincenzo Bellini's 'Norma' (1831), which will be staged at 'La Fenice' Opera House.

Who is Gonçalo Mabunda ?

Gonçalo Mabunda works with weapons that were recovered at the end of the civil war in Mozambique, which divided the country for sixteen years until 1992. Deactivated rocket launchers, rifles and pistols are welded together to create a range of thrones and African-influenced masks.

In his sculpture, he gives anthropomorphic forms to AK47s, rocket launchers, pistols and other objects of destruction. While the masks could be said to draw on a local history of traditional African art, ·Mabunda's work takes on a striking Modernist edge akin to imagery by Braque and Picasso. The deactivated weapons of war carry strong political connotations, yet the beautiful objects he creates also convey a positive reflection on the transformative power of art and the resilience and creativity of African civilian societies.

Mabunda is most well known for his thrones. According to the artist, the thrones function as attributes of power, tribal symbols and traditional pieces of ethnic African art. They are without a doubt an ironic way of commenting on his childhood experience of violence and absurdity and the civil war in Mozambique that isolated his country for a long period.

Mabunda is interested in the collective memory of his country, Mozambique, which has only recently emerged from a long and terrible civil war. He works with arms recovered in 1992 at the end of the sixteen-year conflict that divided the region.

In his sculpture, he gives anthropomorphic forms to AK47s, rocket launchers, pistols and other objects of destruction. While the masks could be said to draw on a local history of traditional African art, Mabunda's work takes on a striking Modernist edge akin to imagery by Braque and Picasso. The deactivated

weapons of war carry strong political connotations, yet the beautiful objects he creates also convey a positive reflection on the transformative power of art and the resilience and creativity of African civilian societies.

Mabunda is most well known for his thrones. According to the artist, the thrones function as attributes of power, tribal symbols and traditional pieces of ethnic African art. They are without a doubt an ironic way of commenting on his childhood experience of violence and absurdity and the civil war in Mozambique that isolated his country for a long period.

Mabunda's work has been exhibited at Museum Kunst Palast, Dusseldorf, Hayward Gallery, London, Pompidou, Paris, Mori Art Museum, Tokyo and the Johannesburg Art Gallery, Johannesburg among others.

Complete list of the artists in the 2015 Venice Biennale:

Jumana Emil Abboud
B. 1971 Palestine, Lives And Works In Jerusalem

Adel Abdessemed
B. 1971 Algeria, Lives And Works In Paris

Mathieu Kleyebe Abonnenc
B. 1977 France, Lives And Works In Metz

Abounaddara
Founded 2010 Syria/Palestine, Live And Work In Damascus

Boris Achour
B. 1966 France, Lives And Works In Paris

Terry Adkins
B. 1953 - D. 2014, United States

Saâdane Afif
B. 1970 France, Lives And Works In Berlin

Chantal Akerman
B. 1950 Belgium, Lives And Works In Paris

John Akomfrah
B. 1957 Ghana, Lives And Works In London


Karo Akpokiere
B. 1981 Nigeria, Lives And Works In Lagos And Berlin


Mounira Al Solh
B. 1978 Lebanon, Lives And Works In Beirut And Amsterdam


Meriç Algün Ringborg
B. 1983 Turkey, Lives And Works In Stockholm


Jennifer Allora & Guillermo Calzadilla
B. 1974 United States, B. 1971 Cuba, Live And Work In San Juan


Kutlug Ataman
B. 1961 Turkey, Lives And Works In London


Maja Bajevic
B. 1967 Bosnia, Lives And Works In Paris And Sarajevo


Ernesto Ballesteros
B. 1963 Argentina, Lives And Works In Buenos Aires


Sammy Baloji
B. 1978 Democratic Republic Of Congo, Lives And Works In Lubumbashi And Brussels


Rosa Barba
B. 1972 Italy, Lives And Works In Berlin


Georg Baselitz
B. 1938 Germany, Lives And Works In Munich


Eduardo Basualdo
B. 1977 Argentina, Lives And Works In Buenos Aires


Petra Bauer
B. 1970 Sweden, Lives And Works In Stockholm

Walead Beshty
B. 1976 United Kingdom, Lives And Works In Los Angeles


Huma Bhabha
B. 1962 Pakistan, Lives And Works In Poughkeepsie


Christian Boltanski
B. 1944 France, Lives And Works In Paris


Monica Bonvicini
B. 1965 Italy, Lives And Works In Berlin


Sonia Boyce
B. 1962 United Kingdom, Lives And Works In London


Daniel Boyd
B. 1982 Australia, Lives And Works In Sydney


Ricardo Brey
B. 1955 Cuba, Lives And Works In Gent


Marcel Broodthaers
B. 1924 - D. 1976, Belgium


Tania Bruguera
B. 1968 Cuba, Lives And Works In New York


Teresa Burga
B. 1935 Peru, Lives And Works In Lima


Keith Calhoun and Chandra Mccormick
B. 1955/B. 1957 United States, Live And Work In New Orleans


Cao Fei
B. 1978 China, Lives And Works In Beijing


Nidhal Chamekh
B. 1985 Tunisia, Lives And Works In Tunis And Paris

Olga Chernysheva
B. 1962 Russia, Lives And Works In Moscow


Tiffany Chung
B. 1969 Vietnam, Lives And Works In Ho Chi Minh City


Cooperativa Cráter Invertido
An Artistic Cooperative Founded 2011, Based In Mexico City


Creative Time Summit
A Non-Profit Organization Founded In 1974, Based In New York


Elena Damiani
B. 1979 Peru, Lives And Works In Copenhagen


Jeremy Deller
B. 1966 United Kingdom, Lives And Works In London


Thea Djordajdze
B. 1971 Georgia, Lives And Works In Berlin


Marlene Dumas
B. 1953 South Africa, Lives And Works In Amsterdam


E-Flux Journal
A Publishing Platform Founded In 2008, Based In New York


Melvin Edwards
B. 1937 United States, Lives And Works In New York


Inji Efflatoun
B. 1924 - D. 1989 Egypt


Antje Ehmann and Harun Farocki
B. 1968 Germany, Lives And Works In Berlin / B. 1944 – D. 2014 Germany


Maria Eichhorn

B. 1962 Germany, Lives And Works In Berlin

Walker Evans
B. 1903 - D. 1975 United States

Harun Farocki
B. 1944 - D. 2014, Germany

Emily Floyd
B. 1972 Australia, Lives And Works In Sydney

Peter Friedl
B. 1960 Austria, Lives And Works In Berlin

Coco Fusco
B. 1960 United States, Lives And Works In New York

Marco Fusinato
B. 1964 Australia, Lives And Works In Melbourne

Charles Gaines
B. 1944 United States, Lives And Works In Los Angeles

Ellen Gallagher
B. 1965 United States, Lives And Works In Rotterdam

Ana Gallardo
B. 1958 Argentina, Lives And Works In Buenos Aires

Dora Garcia
B. 1965 Spain, Lives In Barcelona

Theaster Gates
B. 1973 United States, Lives And Works In Chicago

Isa Genzken
B. 1948 Germany, Lives And Works In Berlin

Gluklya
B. 1969 Russia, Lives And Works In Saint Petersburg

Sônia Gomes
B. 1948 Brazil, Lives And Works In Belo Horizonte

Katharina Grosse
B. 1961 Germany, Lives And Works In Berlin

Gulf Labor
A Transnational Coalition Of International Artists Founded In 2010

Andreas Gursky
B. 1955 Germany, Lives And Works In Düsseldorf

Hans Haacke
B. 1936 Germany, Lives And Works In New York

Joana Hadjithomas and Khalil Joreige
B. 1969 Lebanon, Live And Work In Paris And Beirut

Newell Harry
B. 1972 Australia, Lives And Works In Sydney

Kay Hassan
B. 1956 South Africa, Lives And Works In Johannesburg

Thomas Hirschhorn
B. 1957 Switzerland, Lives And Works In Paris

Carsten Höller
B. 1961 Belgium, Lives And Works In Stockholm

Nancy Holt and Robert Smithson
B. 1938 - D. 2014 / B.1938 - D. 1973 United States

Heung Soon Im
B. 1969 South Korea, Lives And Works In Seoul

Invisible Borders: Trans-African Photographers
An Artists' Organization Founded In 2011, Based In Lagos

Tetsuya Ishida
B. 1973 – D. 2005 Japan

Ji Dachun
B. 1968 China, Lives And Works In Beijing

Isaac Julien
B. 1960 United Kingdom, Lives And Works In London

Hiwa K.
B. 1975 Iraq, Lives And Works In Berlin

Samson Kambalu
B. 1975 Malawi, Lives And Works In London

Ayoung Kim
B. 1979 South Korea, Lives And Works In Seoul

Alexander Kluge
B. 1932 Germany, Lives And Works In Munich

Emily Kame Kngwarreye
B. 1910 - D. 1996, Australia

Runo Lagomarsino
B. 1977 Sweden, Lives And Works In Stockholm And São Paulo

Sonia Leber and David Chesworth
B. 1959 Australia, B. 1958 United Kingdom, Live And Work In Melbourne

Glenn Ligon
B. 1960 United States, Lives And Works In New York

Gonçalo Mabunda
B. 1975 Mozambique, Lives And Works In Maputo

9/3/2015

Case 2:15-cv-05019-AB   Document 1   Filed 09/08/15   Page 66 of 82
www.clubofmozambique.com/solutions1/print_current.php?secao=news&id=2147487830

·Madhusudhanan
B. 1956 India, Lives And Works In New Delhi And Kerala

Ibrahim Mahama
B. 1987 Ghana, Lives And Works In Tamale

David Maljkovic
B. 1973 Croatia, Lives And Works In Zagreb

Victor Man
B. 1974 Romania, Lives And Works In Berlin

Abu Bakarr Mansaray
B. 1970 Sierra Leone, Lives And Works In Freetown And The Netherlands

·

Chris Marker
B. 1921 - D. 2012, France

Kerry James Marshall
B. 1955 United States, Lives And Works In Chicago

Helen Marten
B. 1985 United Kingdom, Lives And Works In London

Fabio Mauri
B. 1926 - D. 2009 Italy

Steve Mcqueen
·B. 1969 United Kingdom, Lives And Works In Amsterdam

Naeem Mohaiemen
B. 1969 Bangladesh, Lives And Works In Dhaka And New York

Jason Moran
B. 1975 United States, Lives And Works In New York

Ivana Müller

B. 1972 Croatia, Lives And Works In Paris


Lavar Munroe
B. 1982 Bahamas, Lives And Works Between Chapel Hill, North Carolina And Washington DC


Oscar Murillo
B. 1986 Colombia, Lives And Works In London


Wangechi Mutu
B. 1972 Kenya, Lives And Works In New York


Hwayeon Nam
B. 1979 South Korea, Lives And Works In Seoul And Berlin


Bruce Nauman
B. 1941 United States, Lives And Works In New Mexico


Cheikh Ndiaye
B. 1970 Senegal, Lives And Works In New York, Dakar And Lyon


Olaf Nicolai
B. 1962 Germany, Lives And Works In Berlin


Chris Ofili
B. 1968 United Kingdom, Lives And Works In London And Trinidad


Emeka Ogboh
B. 1977 Nigeria, Lives And Works In Lagos And Berlin


Philippe Parreno
B. 1964 France, Lives And Works In Paris


Pino Pascali
B. 1935 - D. 1968, Italy


Adrian Piper
B. 1948 United States, Lives And Works In Berlin

Lemi Ponifasio
B. 1964 New Zealand, Lives And Works In Auckland


Qiu Zhijie
B. 1969 China, Lives And Works In Beijing


Raha Raissnia
B. 1968 Iran, Lives And Works In New York


Raqs Media Collective
(Narula, Monica; Bagchi, Jeebesh; Sengupta, Shuddhabrata)
A Collective Founded 1992 India, Based In New Delhi


Lili Reynaud-Dewar
B. 1975 France, Lives And Works In Grenoble


Mykola Ridnyi
B. 1985 Ukraine, Lives And Works In Kharkiv


Liisa Roberts
B. 1969 France, Lives And Works In New York, Helsinki And Saint Petersburg


Mika Rottenberg
B. 1976 Argentina, Lives And Works In New York


Joachim Schönfeldt
B. 1958 South Africa, Lives And Works In Johannesburg


Massinissa Selmani
B. 1980 Algeria, Lives And Works In Algiers And Tours


Fatou Kandé Senghor
B 1971 Senegal, Lives And Works In Dakar


Prasad Shetty and Rupali Gupte
B. 1974 India, Live And Work In Mumbai


Gedi Sibony
B. 1973 United States, Lives And Works In New York

Gary Simmons
B. 1964 United States, Lives And Works In New York

Taryn Simon
B. 1975 United States, Lives And Works In New York

Lorna Simpson
B. 1960 United States, Lives And Works In New York

Robert Smithson
B. 1938 - D. 1973, United States

Mikhael Subotzky
B. 1981 South Africa, Lives And Works In Johannesburg

Mariam Suhail
B. 1979 Pakistan, Lives And Works In Bangalore

Sarah Sze
B. 1969 United States, Lives And Works In New York

The Propeller Group
A Collective Founded 2006 Vietnam/US, Live And Work In Ho Chi Minh City

The Tomorrow
A Journal Founded 2014 Italy, Based In Milan

Rirkrit Tiravanija
B. 1961 Thailand, Lives And Works In New York, Berlin And Chiang Mai

Barthélémy Toguo
B. 1967 Cameroon, Lives And Works In Paris And Bandjoun

Xu Bing
B. 1955 China, Lives And Works In Beijing

Ala Younis

B. 1974 Jordan, Lives And Works In Amman

The fifty-sixth edition of the Venice Biennale opens May 9 with previews beginning May 6, and runs through November 22.

Source: Artforum

Second Source: De Zeen

Third Source: Jack bell Gallery

Photo: DE Zeen / One of Gonçalo Mabunda's thrones

🖶 **Please consider your environmental responsibility before printing this article. Printed from: www.clubofmozambique.com**

Exhibit D

Conflict and development

📷 Art of war: melding arms into weapons of mass attraction – in pictures

Thousands of weapons in some of the world's most conflict-scarred states are being hammered, filed and welded into symbols of hope. From Maputo to Mexico City, artists are transforming decommissioned arms into an arsenal of art to highlight the futility of war and promote psychological healing

Janise Elie

Tuesday 6 March 2014 04.03 EST

About this content

BILL&MELINDA
GATES foundation

Guardian Global development is supported by:

3,184
Shares

12
Comments

f

Save for later



Non-Violence, or the Knotted Gun, by Carl Fredrik Reuterswärd. The bronze replica of a 45-calibre revolver, a gift from Luxembourg to the United Nations, was sculpted in memory of the Swedish artist's longtime friend John Lennon. Though not created from recycled munitions, the sculpture has been cited as one of the inspirations behind the arms-to-art movement. Photograph: UN



Sculptor Gonçalo Mabunda recycles weapons recovered from Mozambique's 16-year civil war, which ended after a truce in 1992. The Maputo-born artist twists and melds AK-47s, rocket launchers and pistols into anthropomorphic forms. Photograph: Gonçalo Mabunda



Mabunda, seen here at work, lost relatives in the Mozambique conflict. The sculptor says handling decommissioned arms can be an emotional experience – and transforming them into artwork even more so. Photograph: Martin Argles for the Guardian



Advertisement

Some of Mabunda's more iconic pieces, such as tribal thrones made entirely of bullets and masks fashioned from AK-47s, have been exhibited at the Hayward Gallery in London, the Museum of Modern Art in New York, and the Pompidou centre in Paris. Fans of his sculptures include the former US president Bill Clinton, who commissioned the artist to create trophies for his philanthropic organisation the Clinton Global Initiative. Photograph: Gonçalo Mabunda

Exhibit D

# ETHAN COHEN

ETHAN COHEN NEW YORK                                                    HOME

ABOUT | ARTISTS | EXHIBITIONS | FAIRS | VIDEO | NEWS | CONTACT



### GONÇALO MABUNDA

1975 born in Maputo, Mozambique

The residual bric-a-brac of war are the found objects that Goncalo Mabunda recycles as his medium of expression. His country of Mozambique, like many in Africa, had lived through a devastating civil war when he embarked on gathering shards of national memory in the form of discarded weapons fragments, piecing them together into sculptures. Out of that he forged a fantastical iconography derived from African fetish traditions rendered in rusting steel. He welds together menacing instruments of death, bullets, pistols, parts of Kalashnikovs, into disarming objects, deceptively esthetic, fused to suggest a multiplicity of meanings, not least to suggest alternate uses, and indeed alternate visions of how his culture might have otherwise employed itself with ambient materials. The objects simultaneously invite and repel, obtruding from the universe of child soldiers whose toys they once were.



DOWNLOAD CV

ETHAN COHEN NEW YORK
251 W 19TH ST, NEW YORK, NY 10011
T 212-625-1250    F 212-374-1516

© 2015 BY ETHAN COHEN FINE ARTS

E-MAIL :    Subscribe

ETHAN COHEN KUBE
132 VERPLANCK AVE, BEACON, NY 12508
T 845-705-8988  212-625-1250

f   𝕏   Ⓚ   𝒱

Exhibit D *f*

Case 2:15-cv-05019-AB Document 1 Filed 09/08/15 Page 64 of 72



**AFRICAN ARTISTS FOR DEVELOPMENT**

AAD

PROGRAMS

ARTISTS

NEWS

PARTNERS

PRESS

SIGN UP

CONTACT






Your Daily Afristic Shot

# AAD AT THE ANNUAL CLINTON GLOBAL INITIATIVE SUMMIT IN NEW YORK

## FRIDAY 23 SEPTEMBER 2011



On the occasion of a special session called "From conflict to creativity, reducing violence through the arts," African Artists for Development, has been recognized for its project « Les Bulles de Bukavu » in the Democratic Republic of the Congo. Irina Bokova, General Director of UNESCO, has congratulated Matthias Leridon for the reverence of AAD's commitments and underligned the importance of such a project for Bukavu's community development.

AAD attended the annual Clinton Global Initiative summit in New York, where it presented its "Commitments to Action" alongside hundreds of CEOs, heads of State and government and NGO presidents from around the world. Each year, the event gives leaders in the economic, political and development world a unique opportunity to meet, take decisions together and make sustainable, quantitative commitments on key issues affecting our world.


Progress Report: African Artists for Development (CGI 2011)

Founded in 2005 by former U.S. President Bill Clinton, the Clinton Global Initiative is a unique philanthropic organization. The CGI's intention is to fight against the negative effects of globalization and underdevelopment, not by funding or by making direct field activities, but rather by bringing under its umbrella of companies, institutions or individuals carrying innovative projects that engage in itself, to establish "Commitments to Action" that are specific and measurable. Rather than build a new

Case 2:15-cv-05019-AB   Document 1   Filed 09/08/15   Page 66 of 82

structure for discussion, Bill Clinton wanted, through the creation of the CGI, to propose a new form of global summit that would focus on concrete results enabled by the combination of unconventional minds and personalities.

Already under the impetus of Matthias and Gervanne Leridon, Gonçalo Mabunda is an African artist who created the 2008 CGI Awards, which were awarded to individuals that year for their social engagement. Representing planet earth, the trophies were made from bullet casings and weapons recovered by the artist at the end of the civil war in Mozambique, symbolizing the seizure and the overthrow of the violence for peace and development.

© 2011 African Artists for Development. All Rights Reserved.

Fonds de dotation African Artists for Development, loi du 4 août 2008 de Modernisation de l'Economie
16-18 impasse d'Antin - 75008 Paris - France - Tél : +33(0)1 44 14 99 78 - Fax : +33(0)1 44 14 99 77

Exhibit D 9

< Back to collection



# Harmony Chair

*Artist*: GonÃ§alo Mabunda (Designer)
*Medium*: Welded weapons (handguns, rifles, land mines, bullets, machine gun belts, rocket-propelled grenades), iron alloy
*Dates*: 2009
*Dimensions*: 48 1/16 x 38 3/16 x 29 15/16 in. (122.0 x 97.0 x 76.0 cm)
*Collection*: Arts of Africa
*Museum Location*: Brooklyn Museum, BMA, SPECIAL EXHIBITION, 1-Rotating 1Q23
*Exhibitions*:
  ○ Double Take: African Innovations (October 29, 2014 through July 2016)
*Accession Number*: 2013.26.2
*Image*: 2013.26.2_threequarter_PS9.jpg. Brooklyn Museum photograph, Nov 30, 2013



Exhibit D

Documents1-gonçalo mabunda

# GONÇALO MABUNDA



# EXHIBITIONS

### 2013 | Centro de Artes Nadir Afonso, Boticas, Portugal
http://www.cm-boticas.pt/noticias/default.php?id=4o

"Ilegível Memória"

















### 2013 | Jack Bell Gallery, London, UK
http://www.jackbellgallery.com/exhibitions/34/overview/

"When I get green"

### 2012 | Marrakech Art Fair, Marrakech, Marrocos

### 2012 | Sandton Art Gallery, Johannesburg, South Africa
"Made in Africa"

### 2012 | Kulunguana Gallery, Maputo-Mozambique
"O Círculo"

### 2012 | Galeria Bozart, Lisboa, Portugal
http://www.galeriabozart.com/exposition_view.php?expo_id=19

"Utopia da lei"

### 2011 | Intoto Gallery, Johannesburg, South África

### 2011 | Johannesburg Art Fair, Johannesburg, South África

2008 | Museum of Arts and Design, New York, USA
"Second Lives" group show

2008 | Afronova Gallery, Johannesburg , South Africa
"My new voice" solo exhibition

**1**  2  3  next ›  last »

# GONÇALO MABUNDA


# EXHIBITIONS

2007 | Afronova gallery, Johannesburg, South Africa Brothers in Arms, Núcleo de Arte, Maputo, Mozambique
"Afronism"

2007 | Museum Het Domein Waardij Kunstinsllingen,Amsterdam, Holland
"Group show"

2006 | Centre Culturel de L'Espate, Le Mans, France
"Arms into Art"

2005 | Galleria d'Arte La Nuvola, Rome, Italy
"Give Voice" solo exhibition
•

2005 | Gallery 23 / SBK Foundation, Amsterdam, Holland
"Arms into Art" collaboration with Eugenio Saranga

2005 | Instituto Galileo galilei, Rome, Italy
"Group show"

2004 | Musei Capitolini, Rome, Italy
"Festa D'africa festival"

2004 | Barcelone, Spain
"Forum Barcelona"

2004 | Army Museum, Delft, Holland
"Arms into Art"
•

2004 | Alliance Française in Tanzania, Mauricius, Kenya, Ethiopia, South Africa, Burundi, Namibia, Uganda
"Arms into Art" touring solo exhibition

« first   ‹ previous   1   **2**   3   next ›   last »

# GONÇALO MABUNDA



# EXHIBITIONS

### 2003 | Felix foundation, Amsterdam, Holland Maison des Cultures du Monde, Paris, France

### 2002 | Oxo Gallery, London, UK
"Arms into Art"

### 2002 | Centro Dionysia, Roma, Italy
"Arms into Art"

### 2002 | Afronova, Johannesburg, South Africa
http://www.afronova.com/goncalo-mabunda.html
"Playtime festival"

### 2001 | Vancouver, British Columbia, Canada
"Arms into Art"

### 2001 | New York, USA
International Conference for destruction of Arms

### 2000 | Nucleo de Arte, Maputo, Mozambique
"An Artist, a gesture", solo exhibition.

### 1997 | Durban Art Gallery, Durban, South Africa

### 1995 | Technikon Natal, Durban, South Africa
"Ujamaa IV Workshop" with Andries Botha

« first   ‹ previous   1   2   **3**